HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOEL NIGHTINGALE,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1 d/b/a Seattle Public Schools,<br><br>Defendant | No. C14-1286 RAJ<br><br>~~[PROPOSED]~~ PRELIMINARY INJUNCTION BY CONSENT<br><br>NOTED ON MOTION CALENDAR: MONDAY, OCTOBER 27, 2014 |

**PRELIMINARY INJUNCTION BY CONSENT**

1. Title II of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12131 *et seq.* ("ADA") and its implementing regulation, 28 C.F.R. pt. 35, prohibit discrimination on the basis of disability by public entities and provide that no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity. 42 U.S.C. § 12132; 28 C.F.R. §§ 35.101, 35.130.

2. On August 20, 2014, Noel Nightingale filed this lawsuit against Defendant Seattle School District No. 1, doing business as Seattle Public Schools ("SPS"). Ms. Nightingale alleged, inter alia, that SPS has created an inaccessible website, www.seattlepublicschools.org, and included an inaccessible program, ST Math, in its curriculum, and that both the website and ST Math contain barriers that exclude blind persons, such as Ms. Nightingale, from participation



MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

in or deny them the benefits of SPS's services, programs, or activities, in violation of Title II of the ADA, 42 U.S.C. §§ 12131-12134.

3. On September 30, 2014, Ms. Nightingale filed a Motion for Preliminary Injunction requesting that this Court preliminarily enjoin SPS from further violating Title II of the ADA and Section 504 of the Rehabilitation Act and to (1) modify its website to ensure compliance with Web Content Accessibility Guidelines 2.0, Success Criteria AA ("WCAG 2.0 AA") by January 5, 2015 to afford her an equal opportunity to access its content, and (2) provide Ms. Nightingale the necessary aids and services to afford her an equal opportunity to access ST Math, or in the alternative, stop using ST Math by January 5, 2015, unless or until it offers Ms. Nightingale an equal opportunity to access the content available to sighted parents.

4. SPS expressly denies that it has violated Title II of the ADA and, by entry into this Preliminary Injunction by Consent, does not admit any wrongdoing.

5. This Preliminary Injunction by Consent is entered into by and between Ms. Nightingale and SPS and resolves the allegations set forth in Ms. Nightingale's Motion for Preliminary Injunction.

<u>Jurisdiction</u>

6. Ms. Nightingale alleges that Defendant SPS is the local educational agency and therefore is a public entity under Title II of the ADA, 42 U.S.C. § 12131, et. seq.

7. Ms. Nightingale alleges that she is a qualified individual with a disability pursuant to 42 U.S.C. § 12131.

8. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1343, and 42 U.S.C. § 12132. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b) because Defendant does business in this district and Ms. Nightingale resides in this district.

<u>Agreed Resolution</u>

9. Ms. Nightingale and SPS agree that it is in all parties' best interest to resolve the Motion for Preliminary Injunction on mutually agreeable terms without further litigation.



MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

Accordingly, the parties agree to the entry of this Preliminary Injunction by Consent without trial or further adjudication of any issues of fact or law raised in Ms. Nightingale's Motion for Preliminary Injunction.

10. In resolution of this action, the parties hereby **AGREE** and the Court expressly **GRANTS, APPROVES, ENTERS, AND ORDERS** the following:

11. Pursuant to the terms of this Preliminary Injunction by Consent, SPS shall conform the external portion of its website and the pages applicable to the schools attended by Ms. Nightingale's children to the standards set forth in WCAG 2.0 AA no later than February 1, 2015 and at all times thereafter during the pendency of this litigation.

12. Based on SPS's representation that students in D.P.'s class at John Muir Elementary do not and will not have remote access to ST Math, the portion of Plaintiff's Motion for Preliminary Injunction seeking the replacement of ST Math beginning in January 5, 2015 is **DENIED**.

13. The signatories represent that they have the authority to bind the respective parties identified below to the terms of this Decree.

SO ORDERED this 28th day of October, 2014.

The Honorable Richard A. Jones
United States District Judge



**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961