**THE HONORABLE RICHARD A. JONES**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOEL NIGHTINGALE and THE NATIONAL FEDERATION OF THE BLIND, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1 d/b/a Seattle Public Schools,<br><br>    Defendant.<br><br>SEATTLE SCHOOL DISTRICT NO. 1 d/b/a Seattle Public Schools,<br><br>    Third-Party Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>EDLINE, LLC, a Delaware limited liability company,<br><br>    Third-Party Defendant and Counterclaim Plaintiff | No. 2:14-cv-1286-RAJ<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

PLEASE BE ADVISED that, effective immediately, the firm name for Third-Party Defendant and Counterclaim Plaintiff Edline, LLC's counsel is changed to the following:

New Name: KELLEY, GOLDFARB, HUCK, ROTH & RIOJAS, PLLC

All future references to the firm in this matter should be to the name stated above. The address and other contact information for Third-Party Defendant and Counterclaim Plaintiff

NOTICE OF CHANGE OF FIRM NAME - 1
CASE NO. 2:14-CV-1286-RAJ

**KELLEY, GOLDFARB,
HUCK, ROTH & RIOJAS, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 452-0260

counsel remains the same.

DATED this 13th day of July, 2016.

                **Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**

*/s/ R. Omar Riojas*_____
Michael A. Goldfarb, WSBA No. 13492
Christopher M. Huck, WSBA No. 34104
R. Omar Riojas, WSBA No. 35400
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone:    (206) 452-0260
Facsimile:     (206) 397-3062
E-mail:          goldfarb@kelleygoldfarb.com
                     huck@kelleygoldfarb.com
                     riojas@kelleygoldfarb.com
Attorneys for Third-Party Defendant and Counterclaim Plaintiff

NOTICE OF CHANGE OF FIRM NAME - 2
CASE NO. 2:14-CV-1286-RAJ

**Kelley, Goldfarb,
Huck, Roth & Riojas, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 452-0260

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    DATED this 13th day of July, 2016 at Seattle, Washington.

                      *s/ R. Omar Rijoas*
                        R. Omar Riojas, WSBA No. 35400

NOTICE OF CHANGE OF FIRM NAME - 3
CASE NO. 2:14-CV-1286-RAJ

**KELLEY, GOLDFARB,**
**HUCK, ROTH & RIOJAS, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 452-0260