Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NOEL NIGHTINGALE and THE NATIONAL FEDERATION OF THE BLIND, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1 d/b/a Seattle Public Schools,<br><br>Defendant. | No. C14-1286 RAJ<br><br>STIPULATED MOTION TO DISMISS THIRD-PARTY COMPLAINT AND COUNTERCLAIM<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 14, 2016 (LCR 7(d)(1))** |
| SEATTLE SCHOOL DISTRICT NO. 1 d/b/a Seattle Public Schools,<br><br>Third-Party Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>EDLINE, LLC, a Delaware limited liability company, d/b/a BLACKBOARD ENGAGE,<br><br>Third-Party Defendant and Counterclaim Plaintiff. | |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the Third-Party Plaintiff and Counterclaim Defendant and the Third-Party Defendant and Counterclaim Plaintiff (collectively, the "Parties") that, according to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the third-party complaint and counterclaim, and all claims,

STIPULATED MOTION TO DISMISS THIRD-PARTY COMPLAINT AND COUNTERCLAIM (C14-1286RAJ) - 1

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington 98035-0140
(T) 253 852 2345 / (F) 253 859 8037

1  counterclaims, and causes of action that were asserted or could have been asserted between the

2  Parties in the above-captioned action should be DISMISSED with prejudice and without an

3  award of costs or fees to any party.

4      A proposed stipulated Order of Dismissal of Third-Party Complaint and Counterclaim

5  accompanies this motion.

6      Dated this 14th day of September, 2016.

7

8  KELLEY GOLDFARB, HUCK , ROTH &     CURRAN LAW FIRM, P.S.
   RIOJAS, PLLC

9

10 By: /s/ Michael A. Goldfarb                By:   /s/ David Hokit
       Michael A. Goldfarb, WSBA # 13492        David T. Hokit, WSBA #13512
11     /s/ Christopher M. Huck                  dhokit@curranfirm.com
       Christopher M. Huck, WBSA # 34104       Attorneys for Attorneys for Defendant,
12     /s/ R. Omar Riojas                        Third-Party Plaintiff, and Counterclaim
       R. Omar Riojas, WSBA #35400            Defendant
13

14     goldfarb@kdg-law.com
       huck@kdg-law.com
15     riojas@kelleygoldfarb.com
       Attorneys for Third-Party Defendant and
16     Counterclaim Plaintiff

17

18

19

20

21

22

23

24

25

STIPULATED MOTION TO DISMISS THIRD-PARTY
COMPLAINT AND COUNTERCLAIM (C14-1286RAJ) - 2

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington  98035-0140
(T) 253 852 2345 / (F) 253 859 8037

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Dated this 14th day of September, 2016.

CURRAN LAW FIRM, P.S.

By:   /s/ David T. Hokit
David Hokit, WSBA #13512
555 West Smith Street
P.O. Box 140
Kent, WA  98035
Telephone:  (253) 852-2345
dhokit@curranfirm.com
Attorneys for Defendant, Third-Party Plaintiff, and Counterclaim Defendant

STIPULATED MOTION TO DISMISS THIRD-PARTY COMPLAINT AND COUNTERCLAIM (C14-1286RAJ) - 3

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington  98035-0140
(T) 253 852 2345 / (F) 253 859 8037