THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOEL NIGHTINGALE; and THE NATIONAL FEDERATION OF THE BLIND, INC.,

Plaintiffs,

v.

SEATTLE SCHOOL DISTRICT NO. 1, d/b/a Seattle Public Schools,

Defendant.

SEATTLE SCHOOL DISTRICT NO. 1 d/b/a Seattle Public Schools,

Third-Party Plaintiff and Counterclaim Defendant,

v.

EDLINE, LLC, a Delaware limited liability company,

Third-Party Defendant and Counterclaim Plaintiff.

Case No. 2:14-cv-1286-RAJ

JOINT MOTION FOR PARTIAL EXTENSION OF OCTOBER 6, 2015 CONSENT DECREE

**Noted on Motion Calendar for: Thursday, March 14, 2019**



MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

The parties, Plaintiff National Federation of the Blind ("NFB") and Noel Nightingale, and Defendant Seattle Public Schools ("SPS"), hereby move jointly for an Order for a partial extension of the Consent Decree entered by this Court on October 6, 2015.

The parties jointly state that while SPS has achieved substantial compliance with the October 6, 2015 Consent Decree, one issue remains regarding SPS's continued use of a noncompliant software program, PebbleGo. Because PebbleGo is scheduled to be fully compliant by August 2019, and to avoid potential disagreement and litigation on this limited matter, the Parties seek leave of this Court for a partial extension of the Consent Decree by six months, until October 6, 2019, only as it relates to PebbleGo.

For good cause shown, the parties hereby seek this partial extension of the Consent Decree and jointly move that the Court sign and enter the proposed Order for Partial Extension of the Consent Decree accompanying the motion.

DATED this 14th day of March, 2019.

MacDONALD HOAGUE & BAYLESS

By: */s/Jesse Wing*
Jesse Wing, WSBA #27751
JesseW@mhb.com
705 Second Ave., Suite 1500
Seattle, WA 98104
(206) 622-1604
*Attorney for Plaintiff*

BROWN, GOLDSTEIN & LEVY LLP

By: */s/Emily Levenson*
Emily L. Levenson *(pro hac vice)*
elevenson@browngold.com
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
(410) 962-1030
*Attorney for Plaintiff*

CURRAN LAW FIRM, PS

By: */s/David Hokit*
David T. Hokit
dhokit@curranfirm.com
Kevin Jussell
kjussel@curranfirm.com
555 West Smith Street
PO Box 140
Kent, WA 98035
Phone: 253/852-2345
*Attorneys for Defendant SPS*

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document **JOINT MOTION FOR PARTIAL EXTENSION OF OCTOBER 6, 2015 CONSENT DECREE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participant(s):

CO-COUNSEL (FOR PLAINTIFF)

**Emily L. Levenson**
elevenson@browngold.com;
mfernandez@browngold.com;
GOLDSTEIN LEVY LLP
120 E Baltimore Street, Suite 1700
Baltimore, MD 21202
Phone: 410/962-1030
Fax: 410/385-0869

COUNSEL FOR 3RD PARTY DEF

**Michael A. Goldfarb**
goldfarb@kdg-law.com
**Christopher M. Huck**
huck@kdg-law.com
**R. Omar Riojas**
riojas@kelleygoldfarb.com
KELLEY GOLDFARB HUCK & ROTH PLLC
700 - 5th Avenue, Suite 6100
Seattle, WA 98104-5061
Phone: 206/452-0260
Fax: 206/397-3062

COUNSEL FOR DEFENDANT

**David T. Hokit**
dhokit@curranfirm.com
Kevin Jussell
kjussel@curranfirm.com
CURRAN LAW FIRM, PS
555 West Smith Street
PO Box 140
Kent, WA 98035
Phone: 253/852-2345
Fax: 253/852-2030

DATED this 14th day of March, 2019, at Seattle, Washington.

*/s/Jesse Wing*
Jesse Wing, WSBA #27751



MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961